FILED: March 29, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 22-1362

_____

AFSCME MARYLAND COUNCIL 3,

　　　　　Appellant,

and

MICHAEL WAYNE BRIDGETT; KENNETH FITCH; PHYLIS REINARD; DEBORAH
HEIM; MARY FRYE; DEBORAH MONROE; ALAN RIVKIN; HOWARD KILIAN;
DEBORAH GARLITZ; MARK HENRY,

　　　　　Plaintiffs,

v.

STATE OF MARYLAND; GOVERNOR LARRY HOGAN; SECRETARY DAVID R.
BRINKLEY; STATE TREASURER NANCY KOPP, Chairman of the SRPS Board of
Trustees c/o Office of the Attorney General; STATE COMPTROLLER PETER
FRANCHOT, Vice Chair of SRPS Board of Trustees c/o Office of Attorney General; SRPS
BOARD OF TRUSTEES PENSION SYSTEM, c/o Office of Attorney General,

　　　　　Defendants - Appellees.

_____

O R D E R

_____

The court amends its opinion filed February 21, 2023, as follows:

On page 2, in the attorney information section, the text is changed to reflect that

Ryan Robert Dietrich represents the Office of the Attorney General of Maryland.

For the Court – By Direction

/s/ Patricia S. Connor, Clerk